

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00232-CR

LONNIE DEAN CODY,                                         APPELLANT
JR.

V.

THE STATE OF TEXAS                                             STATE

------------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Lonnie Dean Cody, Jr. attempts to appeal from his conviction for unlawful possession of a firearm. However, the trial court's certification of his right to appeal states that "the defendant has waived the right of appeal."

On July 6, 2011, this court notified appellant about the statement on the trial court's certification and informed him that unless he or any party desiring to continue to the appeal filed with the court, on or before July 18, 2011, a response

---

[1]*See* Tex. R. App. P. 47.4.

showing grounds for continuing the appeal, the appeal may be dismissed. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: November 3, 2011